IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARCELORMITTAL FRANCE, and ARCELORMITTAL ATLANTIQUE ET LORRAINE, <br><br> Plaintiffs, <br><br> v. <br><br> AK STEEL CORPORATION, SEVERSTAL DEARBORN, INC., and WHEELING-NISSHIN, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 10-50 (SLR) ) ) ) ) ) ) ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Jay L. Lazar, Associate General Counsel of ArcelorMittal USA Law Department to represent Plaintiffs ArcelorMittal France and ArcelorMittal Atlantique et Lorraine in this matter.

Dated: March 19, 2010

/s/ Chad S.C. Stover
Jeffrey B. Bove (#998) [jbove@cblh.com]
Chad S.C. Stover (#4919) [cstover@cblh.com]
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9200

*Attorneys for Plaintiffs ArcelorMittal France and ArcelorMittal Atlantique et Lorraine*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Dated : _____     _____
United States District Court Judge

763926

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARCELORMITTAL FRANCE, and ARCELORMITTAL ATLANTIQUE ET LORRAINE, <br><br> Plaintiffs, <br><br> v. <br><br> AK STEEL CORPORATION, SEVERSTAL DEARBORN, INC., and WHEELING-NISSHIN, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 10-50 (SLR) ) ) ) ) ) ) |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: March 18, 2010

Signed: _____
Jay L. Lazar [jay.lazar@arcelormittal.com]
Attorney
ArcelorMittal
1655 Valley Center Parkway, Suite 200
Bethlehem, PA 18017

*Attorney for Plaintiffs*

## CERTIFICATION OF SERVICE

I, Chad S.C. Stover, hereby certify that on March 19, 2010 I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record.

I hereby further certify that on March 19, 2010 I caused a copy of the foregoing document to be served upon the following in the manner indicated:

| VIA E-MAIL AND HAND DELIVERY | VIA E-MAIL |
|---|---|
| Adam W. Poff<br>Megan C. Haney<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>*apoff@ycst.com*<br>*mhaney@ycst.com*<br><br>*Attorneys for Defendant*<br>*AK Steel Corporation* | Roderick R. McKelvie<br>Christopher N. Sipes<br>Jeffrey H. Lerner<br>Covington & Burling LLP<br>1201 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>*rmckelvie@cov.com*<br>*csipes@cov.com*<br>*jlerner@cov.com*<br><br>*Attorneys for Defendant*<br>*AK Steel Corporation* |
| Steven J. Balick<br>Tiffany Geyer Lydon<br>Caroline Hong<br>Ashby & Geddes<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>*sbalick@ashby-geddes.com*<br>*tlydon@ashby-geddes.com*<br>*chong@ashby-geddes.com*<br><br>*Attorneys for Defendant*<br>*Severstal Dearborn, Inc.* | David J. Simonelli<br>Richard W. Hoffman<br>Reising Ethington, PC<br>755 West Big Beaver Road<br>Suite 1850<br>Troy, MI 48084<br>*simonelli@reising.com*<br>*hoffman@reising.com*<br><br>*Attorneys for Defendant*<br>*Severstal Dearborn, Inc.* |

753826

| | |
|---|---|
| Frederick L. Cottrell, III<br>Anne Shea Gaza<br>Laura D. Hatcher<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>cottrell@rlf.com<br>gaza@rlf.com<br>hatcher@rlf.com<br><br>*Attorneys for Defendant*<br>*Wheeling-Nisshin Inc.* | Russell D. Orkin<br>Bryan P. Clark<br>Kent Baldauf, Jr.<br>The Webb Law Firm<br>700 Koppers Building<br>436 Seventh Avenue<br>Pittsburgh, PA 15219<br>Rorkin@webblaw.com<br>Bclark@webblaw.com<br>Kbaldaufjr@webblaw.com<br>Jburgess@webblaw.com<br><br>*Attorneys for Defendant*<br>*Wheeling-Nisshin Inc.* |

                                          */s/ Chad S.C. Stover*
                              Jeffrey B. Bove (#998) [jbove@cblh.com]
                              Chad S.C. Stover (#4919) [cstover@cblh.com]
                              CONNOLLY BOVE LODGE & HUTZ LLP
                              1007 North Orange Street
                              P.O. Box 2207
                              Wilmington, Delaware  19899
                              (302) 658-9200
                              *Attorneys for Plaintiffs ArcelorMittal France*
                               *and ArcelorMittal Atlantique et Lorraine*

753826