IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARCELORMITTAL FRANCE and ARCELORMITTAL ATLANTIQUE ET LORRAINE, <br><br>      Plaintiffs, <br><br>  v. <br><br> AK STEEL CORPORATION, SEVERSTAL DEARBORN, INC., and WHEELING-NISSHIN, INC., <br><br>      Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civ. No. 10-050-SLR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

At Wilmington this 16th day of December, 2010, consistent with the memorandum opinion issued this same date and with the tenets of claim construction set forth by the United States Court of Appeals for the Federal Circuit in *Phillips v. AWH Corp.*, 415 F.3d 1303 (Fed. Cir. 2005);

IT IS ORDERED that the disputed claim language of the patent in suit, U.S. Patent No. 6,296,805 ("the '805 patent"), shall be construed as follows:[1]

1. "**Hot-rolled steel sheet**" means "a steel sheet that has been reduced to its final thickness by hot-rolling and coated with an aluminum or aluminum alloy coating.

2. "**The steel has a very high mechanical resistance**" means that the flat-rolled steel has been subjected, after rolling, to additional controlled heating and cooling

---

[1] To accomplish an expedited trial, the court limited the parties to two claim terms providing the bases for defendants' non-infringement assertions. (D.I. 68)

and has an ultimate tensile strength of 1500 MPa or greater.

                                                                                  */s/*

_____
United States District Judge