IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARCELORMITTAL FRANCE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. No. 10-50-SLR |
| | ) |
| AK STEEL CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 7th day of January, 2011, having conferred with counsel and having reviewed the record;

IT IS ORDERED that trial shall go forward on Monday, January 10, 2011 on infringement (doctrine of equivalents on the two limitations at issue in independent claim 1, as well as any assertions of infringement of the dependent claims at issue)[1] and invalidity. With respect to infringement by the doctrine of equivalents, the court has balanced the equities of going forward (to ensure that the issue has been fully vetted, given the odd procedural posture of this case) and of trying to resolve the issue without the benefit of briefing or trial. Because the court will have the opportunity to review defendants' legal arguments through Fed. R. Civ. P. 50, the court concludes that it is a more prudent expenditure of the parties' (and its) resources to send to the Federal

---

[1] Keeping in mind the court's directive that any further claim construction issues shall be resolved by the court after the presentation of evidence, to be included in the final jury instructions.

Circuit verdicts/decisions based on a full record.

_____
United States District Judge