IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARCELORMITTAL FRANCE, and<br>ARCELORMITTAL ATLANTIQUE<br>ET LORRAINE, | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | Civ. No. 10-050-SLR |
| AK STEEL CORPORATION,<br>SEVERSTAL DEARBORN, INC, and<br>WHEELING-NISSHIN, INC., | )<br>)<br>)<br>) | |
| Defendants. | ) | |

**VERDICT SHEET**

Dated: January 14, 2011

We, the jury, unanimously find as follows:

## I. Infringement of U.S. Patent No. 6,296,805 ("The '805 Patent")

1. Do you find that plaintiffs have proven, by a preponderance of the evidence, that defendants directly infringe the asserted claims of the '805 patent?

*Checking "yes" below indicates a finding for plaintiffs.*

*Checking "no" below indicates a finding for the defendant.*

*If you answer "no" with respect to claim 1, you must answer "no" with respect to dependent claims 2, 5, 7 and 16 for purposes of this question.*

| Defendant | Claim | Verdict on direct infringement | |
|---|---|---|---|
| AK Steel | 1 | ☐ yes | ☒ no |
| | 2 | ☐ yes | ☒ no |
| | 5 | ☐ yes | ☒ no |
| | 7 | ☐ yes | ☒ no |
| | 16 | ☐ yes | ☒ no |

| Defendant | Claim | Verdict on direct infringement | |
|---|---|---|---|
| Severstal Dearborn, Inc. | 1 | ☐ yes | ☒ no |
| | 2 | ☐ yes | ☒ no |
| | 5 | ☐ yes | ☒ no |
| | 7 | ☐ yes | ☒ no |
| | 16 | ☐ yes | ☒ no |

*Question 1 cont. on next page*

| Defendant | Claim | Verdict on direct infringement |
|---|---|---|
| Wheeling-Nisshin, Inc. | 1 | ☐ yes ☑ no |
| | 2 | ☐ yes ☑ no |
| | 5 | ☐ yes ☑ no |
| | 7 | ☐ yes ☑ no |
| | 16 | ☐ yes ☑ no |

2. Do you find that plaintiffs have proven, by a preponderance of the evidence, that defendants have induced the infringement of the asserted claims of the '805 patent?

*Checking "yes" below indicates a finding for plaintiffs.*

*Checking "no" below indicates a finding for the defendant.*

*If you answer "no" with respect to claim 1, you must also answer "no" with respect to dependent claims 2, 5, 7 and 16 for purposes of this question.*

| Defendant | Claim | Verdict on inducement of infringement |
|---|---|---|
| AK Steel | 1 | ☐ yes ☑ no |
| | 2 | ☐ yes ☑ no |
| | 5 | ☐ yes ☑ no |
| | 7 | ☐ yes ☑ no |
| | 16 | ☐ yes ☑ no |

*Question 2 cont. next page*

| Defendant | Claim | Verdict on inducement of infringement |
|---|---|---|
| Severstal Dearborn, Inc. | 1 | ☐ yes  ☑ no |
| | 2 | ☐ yes  ☑ no |
| | 5 | ☐ yes  ☑ no |
| | 7 | ☐ yes  ☑ no |
| | 16 | ☐ yes  ☑ no |

| Defendant | Claim | Verdict on inducement of infringement |
|---|---|---|
| Wheeling-Nisshin, Inc. | 1 | ☐ yes  ☑ no |
| | 2 | ☐ yes  ☑ no |
| | 5 | ☐ yes  ☑ no |
| | 7 | ☐ yes  ☑ no |
| | 16 | ☐ yes  ☑ no |

3. Do you find that plaintiffs have proven, by a preponderance of the evidence, that defendants have contributed to the infringement of the asserted claims of the '805 patent?

> *Checking "yes" below indicates a finding for plaintiffs.*
>
> *Checking "no" below indicates a finding for the defendant.*
>
> *If you answer "no" with respect to claim 1, you must also answer "no" with respect to dependent claims 2, 5, 7 and 16 for purposes of this question.*

*Question 3 cont. on next page*

| Defendant | Claim | Verdict on contributory infringement | |
|---|---|---|---|
| AK Steel | 1 | ☐ yes | ☑ no |
| | 2 | ☐ yes | ☑ no |
| | 5 | ☐ yes | ☑ no |
| | 7 | ☐ yes | ☑ no |
| | 16 | ☐ yes | ☑ no |

| Defendant | Claim | Verdict on contributory infringement | |
|---|---|---|---|
| Severstal Dearborn, Inc. | 1 | ☐ yes | ☑ no |
| | 2 | ☐ yes | ☑ no |
| | 5 | ☐ yes | ☑ no |
| | 7 | ☐ yes | ☑ no |
| | 16 | ☐ yes | ☑ no |

| Defendant | Claim | Verdict on contributory of infringement | |
|---|---|---|---|
| Wheeling-Nisshin, Inc. | 1 | ☐ yes | ☑ no |
| | 2 | ☐ yes | ☑ no |
| | 5 | ☐ yes | ☑ no |
| | 7 | ☐ yes | ☑ no |
| | 16 | ☐ yes | ☑ no |

*Cont. next page*

## II. Validity of the '805 Patent

4. Do you find that defendants have proven, by clear and convincing evidence, that the asserted claims of the '805 patent are invalid as being anticipated by the article titled "Heat Treated Boron Steels in the Automotive Industries" by Bano and Laurent (the "Bano/Laurent article") (DTX-6; DTX-17a)?

> *If you find that claim 1 is valid and not anticipated, you must find that claims 2, 5, 7 and 16 are also valid and not anticipated for purposes of this question.*

| Claim | No (Valid) | Yes (Invalid, anticipated) |
|---|---|---|
| 1 | ☐ | ☑ |
| 2 | ☐ | ☑ |
| 5 | ☐ | ☑ |
| 7 | ☐ | ☑ |
| 16 | ☐ | ☑ |

5. Do you find that defendants have proven, by clear and convincing evidence, that the asserted claims of the '805 patent are invalid as being obvious in view of the Bano/Laurent article (DTX-6; DTX-17a) in combination with French Patent No. 1,297,906 (the "French '906 patent") (DTX-173t)?

> *If you find that claim 1 is valid and not obvious, you must find that claims 2, 5, 7 and 16 are also valid and not obvious for purposes of this question.*

*Question 5 cont. next page*

5

| Claim | No (Valid) | Yes (Invalid due to obviousness) |
|---|---|---|
| 1 | ☐ | ☑ |
| 2 | ☐ | ☑ |
| 5 | ☐ | ☑ |
| 7 | ☐ | ☑ |
| 16 | ☐ | ☑ |

6. Do you find that defendants have proven, by clear and convincing evidence, that the asserted claims of the '805 patent are invalid as being obvious in view of the Bano/Laurent article (DTX-6; DTX-17a) in combination with the French '906 patent (DTX-173t) and the 1992 Ford Specification (DTX-532)?

*If you find that claim 1 is valid and not obvious, you must find that claims 2, 5, 7 and 16 are also valid and not obvious for purposes of this question.*

| Claim | No (Valid) | Yes (Invalid due to obviousness) |
|---|---|---|
| 1 | ☐ | ☑ |
| 2 | ☐ | ☑ |
| 5 | ☐ | ☑ |
| 7 | ☐ | ☑ |
| 16 | ☐ | ☑ |

6