IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARCELORMITTAL FRANCE, and ARCELORMITTAL ATLANTIQUE ET LORRAINE, <br><br> Plaintiffs, <br><br> v. <br><br> AK STEEL CORPORATION, SEVERSTAL DEARBORN, INC, and WHEELING-NISSHIN, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) Civ. No. 10-050-SLR ) ) ) ) ) ) ) |

## JUDGMENT FOLLOWING A JURY VERDICT
## PURSUANT TO FED. R. CIV. P. 58(b)

For reasons stated in the jury verdict of January 14, 2011;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants AK Steel Corporation, Severstal Dearborn, Inc., and Wheeling-Nisshin, Inc. and against plaintiffs Arcelormittal France and Arcelormittal Atlantique et Lorraine.

_____
United States District Judge

Dated: 1/24/2011

_____
(By) Deputy Clerk