# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARCELORMITTAL and ARCELORMITTAL ATLANTIQUE ET LORRAINE,<br><br>    Plaintiffs,<br><br>v.<br><br>AK STEEL CORPORATION, SEVERSTAL DEARBORN, INC., and WHEELING-NISSHIN INC.<br><br>    Defendant. | C.A. No. 10-050 |

## **ORDER**

The Court, having considered Defendants' Motion for Attorneys' Fees Under 35 U.S.C. § 285 and the parties' positions related thereto, and good cause having been shown,

IT IS HEREBY ORDERED this _____ day of _____, 2017 that the Motion is GRANTED.

 

_____
J.