IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARCELORMITTAL and ARCELORMITTAL ATLANTIQUE ET LORRAINE, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 10-050 (MN) ) |
| AK STEEL CORPORATION, SEVERSTAL DEARBORN, INC. and WHEELING-NISSHIN INC., | ) ) ) ) |
| Defendants. | ) |

## **ORDER**

At Wilmington this 7th day of February 2019:

For the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that Defendants' motion for a declaration that the case is exceptional under 35 U.S.C. § 285 and for an award of attorneys' fees (D.I. 354) is DENIED.

_____
The Honorable Maryellen Noreika
United States District Judge